# 45281

STATE OF ILLINOIS     )
                      ) ss
COUNTY OF COOK        )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ADELA HERNANDEZ, <br><br> Plaintiff, <br><br> vs. <br><br> MARVIN LASTER and <br> DC TRANSPORT, INC., <br> a Kentucky corporation, <br><br> Defendants. | 2016L008580 <br> CALENDAR/ROOM A <br> TIME 00:00 <br> PI Motor Vehicle |

## COMPLAINT

NOW COMES Plaintiff, ADELA HERNANDEZ, by her attorneys KORDIK LAW FIRM, and for her Complaint against MARVIN LASTER and DC TRANSPORT, INC. states:

1. On or about May 14, 2015, at approximately 8:45 a.m., Plaintiff, ADELA HERNANDEZ, was a passenger in a 1997 Toyota Camry being operated by Jeannet Avila, in a northerly direction on Cicero Avenue, at, within or near the intersection of Archer Avenue, in the City of Chicago, Cook County, Illinois, who was intending to turn left at the intersection to proceed in a westerly direction on Archer Avenue.

2. At the aforementioned time and place, Defendant MARVIN LASTER was operating a 2015 Mack ST owned by Carrier DC TRANSPORT, INC., a Kentucky corporation doing business in Illinois, in a southerly direction on Cicero Avenue, at or near the intersection of Archer Avenue, in the City of Chicago, Cook County, Illinois, in the scope and course of his duties as agent of DC TRANSPORT, INC.

EXHIBIT A

3. At all times mentioned herein, Defendants owed Plaintiff a duty to exercise ordinary care in the operation of their motor vehicle to avoid a collision and to avoid placing others in danger.

4. Defendants breached said duty by one or more of the following acts or omissions:
   a. Failed to stop for red light in violation of 625 ILCS 5/11-306;
   b. Entered the intersection on a red light in violation of 625 ILCS 5/11-306;
   c. Failed to reduce the speed of their vehicle to avoid colliding with the vehicle in which Plaintiff was traveling as passenger in violation of 625 ILCS 5/11-601;
   d. Operated their vehicle at a speed that was greater than was reasonable and proper with regard to traffic conditions and the use of the roadway in violation of 625 ILCS 5/11-601;
   e. Failed to keep a proper look-out;
   f. Failed to maintain their vehicle under proper control;
   g. Failed to equip and maintain their vehicle with adequate brakes;
   h. Entered the intersection when oncoming traffic was so close so as to constitute an immediate hazard;
   i. Failed to yield to the vehicle in which Plaintiff was a passenger which was already in the intersection which was so close so as to constitute an immediate hazard;
   j. Proceeded into the intersection when it was unsafe to do so; and/or the traffic upon and conditions of the roadway, in violation of 625 ILCS 5/11-710;
   k. Failed to sound horn or otherwise give warning;

EXHIBIT A

  l. Were otherwise negligent.

5. As a direct and proximate result of one or more of the foregoing negligent acts or omissions, the Defendants' vehicle struck came into contact with vehicle in which Plaintiff was traveling as a passenger, thereby causing Plaintiff ADELA HERNANDEZ to sustain damages and injuries of a personal, permanent, and pecuniary nature, including but not limited to the incurrence of medical expenses, pain and suffering, disability, loss of normal life, disfigurement, which damages and injuries continue and are reasonably certain to be experienced in the future.

  WHEREFORE, Plaintiff ADELA HERNANDEZ prays that this court enter a judgment in her favor and against the Defendants, MARVIN LASTER and DC TRANSPORT, INC., and each of them jointly and severally, for an amount in excess of fifty thousand dollars ($50,000) plus costs.

  Respectfully requested,

  _____

  Attorney for Plaintiff

DANIEL J. KORDIK
KORDIK LAW FIRM, #45281
Attorneys at Law
276 N. Addison Avenue
Elmhurst, IL 60126-2723
(630) 782-JURY (5879)

EXHIBIT A